IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-12249-sr |
|---|---|
| RISPER A. OSONYE, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proofs of Claim **(No. #8-1, 9-1 and Docket No. 32)** filed by **Ditech Financial,**

**LLC**;

**AND**, the Court concluding that the subject Proofs of Claim (including attachments) **(No.**

**8-1, 9-1 and Docket No. 32 on the Docket)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.      This Motion is **GRANTED**.

2.      The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 81-, 9-1 and**

**Docket No. 32 on the Docket) on the Claims Register forthwith**.

**Ditech Financial, LLC** shall  file redacted copies of the document(s) identified in

Paragraph 2 above **on or before** February 1, 2017 .

BY THE COURT:

_____
Hon. Judge Stephen Raslavich
U.S. Bankruptcy Court Judge

Dated: January 18, 2017