United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12249-sr
Risper A. Osonye                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 1         Date Rcvd: Jan 18, 2017
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db          #+Risper A. Osonye,    5024 Dermond Road,    Drexel Hill, PA 19026-4513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING, LLC ET AL. paeb@fedphe.com
     JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
     jgildea@flblaw.com, ccharlton@flblaw.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
     PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial, LLC pashcroft@bernsteinlaw.com,
     pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-12249-sr |
|---|---|
| RISPER A. OSONYE, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proofs of Claim **(No. #8-1, 9-1 and Docket No. 32)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proofs of Claim (including attachments) **(No. 8-1, 9-1 and Docket No. 32 on the Docket)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 81-, 9-1 and Docket No. 32 on the Docket) on the Claims Register forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 1, 2017.

BY THE COURT:

_____
Hon. Judge Stephen Raslavich
U.S. Bankruptcy Court Judge

Dated: January 18, 2017